# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Dana Doak

    *Plaintiff*

v.

Commissioner of Social Security

    *Defendant*

Civil Action No. 1:16-cv-03039-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion for Summary Judgment, ECF No. 21, GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 17, DENIED.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on Plaintiff's motion for Summary Judgment, ECF No. 17, DENIED. Defendant's Motion for Summary Judgment, ECF No. 21, GRANTED.

Date: 3/24/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler